Han Sheng Beh, Esq.
**HINSHAW & CULBERTSON LLP**
800 Third Avenue, 13th Floor
New York, New York 10017
212-471-6200 (Telephone)
212-935-1166 (Facsimile)
*Attorneys for Defendant Midland Credit Management, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CAROLINA C. ZAMORA, *on behalf of herself and those similarly situated*,<br><br>Plaintiff,<br><br>- against -<br><br>MIDLAND CREDIT MANAGEMENT, INC.; and JOHN DOES 1 to 10,<br><br>Defendants. | Docket No.<br><br>**NOTICE OF REMOVAL** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE**, that pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Midland Credit Management, Inc. ("MCM") hereby gives notice of the removal of this action from the Superior Court of New Jersey, Law Division Special Civil Part, Essex County, where it is now pending, to the United States District Court for the District of New Jersey. In support of this Notice of Removal, Defendant Midland states:

1. On or about April 22, 2022, Plaintiff filed a summons and class action complaint in this action styled *Carolina C. Zamora, on behalf of herself and those similarly situated v. Midland Credit Management, Inc.; and John Does 1 to 10,* bearing Docket No. ESX-L-002421-22 before the Superior Court of New Jersey, Law Division Civil Part, Essex County. A copy of the Summons and Class Action Complaint is annexed hereto as Exhibit A.

2. The Summons and a copy of the Class Action Complaint were served on MCM on or about May 3, 2022.

3. The Complaint alleges, among other things, that MCM violated the Federal Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq.* MCM denies that it violated the law in any way. Accordingly, this action may be removed pursuant to 28 U.S.C. § 1441(b) as this Court has federal question jurisdiction under 28 U.S.C. §1331.

4. Additionally, the Court has supplemental jurisdiction over the state law claims pursuant to 28 U.S.C. § 1367.

5. This Notice of Removal is timely filed within thirty (30) days after ARS first received a copy of the initial pleadings setting forth the claims for relief and existence of federal question jurisdiction.

6. A civil cover sheet and the payment of the required filing fee accompany this Notice.

7. Written notice of this Notice of Removal will be filed with the Superior Court of New Jersey, Law Division Special Civil Part, Essex County.

**WHEREFORE,** Defendant MCM, respectfully requests that this action be removed from the Superior Court of New Jersey, Law Division Special Civil Part, Essex County to the United States District Court for the District of New Jersey.

Dated: New York, New York
May 31, 2022

HINSHAW & CULBERTSON LLP
*Attorneys for Defendant*
*Midland Credit Management, Inc.*

By: *s/Han Sheng Beh*
Han Sheng Beh
800 Third Avenue, 13th Floor
New York, NY 10022
Tel: 212-471-6200

2893\310831426.v1

TO: Yongmoon Kim
      Kim Law Firm LLC
      411 Hackensack Avenue, Suite 701
      Hackensack, New Jersey 07601
      Tel: (201) 273-7117

2893\310831426.v1